No. 2, Original.  WISCONSIN ET AL. *v.* ILLINOIS ET AL.;
No. 3, Original.  MICHIGAN *v.* ILLINOIS ET AL.; and
No. 4, Original.  NEW YORK *v.* ILLINOIS ET AL.  Upon the suggestion of the defendants, the Metropolitan Sanitary District of Greater Chicago is substituted as a party defendant in these cases in the place of the Sanitary District of Chicago.  *Grenville Beardsley,* Attorney General of Illinois, *William C. Wines,* Assistant Attorney General, *Lawrence J. Fenlon, Peter G. Kuh, George A. Lane, Joseph B. Fleming, Joseph H. Pleck* and *Thomas M. Thomas* for defendants.

No. 2, Original.  WISCONSIN ET AL. *v.* ILLINOIS ET AL.;
No. 3, Original.  MICHIGAN *v.* ILLINOIS ET AL.;
No. 4, Original.  NEW YORK *v.* ILLINOIS ET AL.; and
No. 12, Original.  ILLINOIS *v.* MICHIGAN ET AL.  The motion of the United States for leave to intervene is granted and the parties are allowed 45 days within which to file responses to such petition of intervention.  *Solicitor General Rankin, Assistant Attorney General Morton, David R. Warner* and *Walter Kiechel, Jr.* for the United States.  Consent of the State of Illinois and the Metropolitan Sanitary District of Greater Chicago to intervention by the United States was filed by *Grenville Beardsley,* Attorney General of Illinois, *William C. Wines,* Assistant Attorney General, *Lawrence J. Fenlon, Peter G. Kuh, George A. Lane, Joseph B. Fleming, Joseph H. Pleck* and *Thomas M. Thomas.*  Consent of the States of Wisconsin, Minnesota, Ohio, Pennsylvania, Michigan and New York to intervention by the United States was filed by *John W. Reynolds,* Attorney General of Wisconsin, and *Roy Tulane,* Assistant Attorney General; *Miles Lord,* Attorney General of Minnesota, and *Raymond A. Haik,* Special Assistant Attorney General; *Mark*

*McElroy,* Attorney General of Ohio, and *Jay Flowers,* Assistant Attorney General; *Anne X. Alpern,* Attorney General of Pennsylvania, and *Lois. G. Forer,* Deputy Attorney General; *Paul L. Adams,* Attorney General of Michigan, *Samuel J. Torina,* Solicitor General, and *Nicholas V. Olds,* Assistant Attorney General; *Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, *Richard H. Shepp,* Assistant Attorney General, and *Randall J. LeBoeuf, Jr.,* Special Assistant Attorney General; and *Herbert H. Naujoks,* Special Assistant to the Attorneys General.

No. 345, Misc.   HARRIS *v.* NEW YORK ET AL.;

No. 526, Misc.   CARPENTER *v.* COCHRAN, DIRECTOR, DIVISION OF CORRECTIONS;

No. 533, Misc.   TAYLOR *v.* TAYLOR, WARDEN;

No. 548, Misc.   IN RE HEATH ET AL.; and

No. 631, Misc.   GRAY *v.* REID, SUPERINTENDENT, DISTRICT OF COLUMBIA JAIL.   Motions for leave to file petitions for writs of habeas corpus denied.

No. 644, Misc.   THRASH *v.* SACKS, WARDEN; and

No. 649, Misc.   COLLINS *v.* DICKSON, WARDEN.   Motions for leave to file petitions for writs of habeas corpus denied.   Treating the papers submitted as petitions for writs of certiorari, certiorari is denied.

No. 402, Misc.   BARMORE *v.* MILES ET AL.   Motion for leave to file petition for writ of mandamus and other relief denied.

No. 514, Misc.   TAYLOR *v.* GRUBB, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of prohibition denied.